NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. B.M.

December 6, 1982.

Petition for certification denied.

SPRINGBROOK HOMES ASSOCIATION, INC. v. PLANNING
BOARD OF THE TOWNSHIP OF MORRIS.

December 6, 1982.

Petition for certification denied.

EDWARD FELDMAN v. LOUIS RAFFIANI.

December 6, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE MARTINEZ.

December 6, 1982.

Petition for certification denied.